THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv164

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **JUDGMENT BY DEFAULT,** |
| vs. | ) | **ENTRY OF JUDGMENT,** |
| | ) | **AND FINAL ORDER OF** |
| $2,013.00 IN UNITED STATES CURRENCY, | ) | **FORFEITURE** |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion for entry of Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. §§ 981, 983, 985, and 21 U.S.C. § 881. [Doc. 8]. For the reasons stated in the Government's Motion and no further response being necessary, the Motion is granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that:

1. The Government's Motion for Judgment by Default, Entry of Judgment, and Final Order of Forfeiture against the **DEFENDANT PROPERTY:**

**$2,013.00 in United States Currency**

is hereby **GRANTED**, and the Clerk of Court is **DIRECTED** to enter a Judgment of Forfeiture in favor of the United States against all persons and entities in the world;

2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: February 1, 2012

Martin Reidinger
United States District Judge